UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

   *Dana Ferguson v. McKesson Corporation, et al.*   No. 10-cv-20449-DRH

   *Lynda Kerr v. McKesson Corporation, et al.*   No. 10-cv-20404-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 2, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                JUSTINE FLANAGAN,
                                ACTING CLERK OF COURT

                                BY:  /s/*Caitlin Fischer*
                                          **Deputy Clerk**

**Dated:** July 2, 2014

Digitally signed by David R. Herndon
Date: 2014.07.02 14:44:47 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**